United States District Court
Southern District of Texas
**ENTERED**
November 09, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN FELIPE MILLAN DELGADO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01005 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL AND CASE CLOSURE

At the time the petitioner, Jonathan Felipe Millan Delgado, filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241 challenging his detention under 8 U.S.C. § 1225, he did not have a final order of removal. Based on the submissions of the parties, it is undisputed that the petitioner's order of removal is now final and that, if he has not been removed, he is detained under 8 U.S.C. § 1231.

Therefore, the Court **ORDERS** as follows:

1. This case, which challenged the petitioner's pre-final-removal-order detention under § 1225, is **DISMISSED without prejudice** to the petitioner filing a case challenging his detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001), if appropriate.
2. All pending motions, if any, are **DENIED as MOOT**.

3. This case is **CLOSED**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED this 9th day of November 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE